Roger D. Wintle (SBN 142484)
**THE HERITAGE LAW GROUP, A P.C.**
152 North Third Street
San Jose, California 95112
Tel: (408) 993-2100
Fax: (408) 993-2101
Email: rdw@hlgusa.com

Attorneys for Plaintiff:
Jaime Marcos

*E-FILED 10-19-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MARCOS<br><br>Plaintiff<br><br>vs.<br><br>EQUITY ONE LENDERS GROUP, aka EQUITY ONE SALES CORPORATION, aka EQUITY ONE LENDERS SERVICES, INC., aka DREAMMAKERS REAL ESTATE SERVICES INC., aka EQUITY LENDERS NETWORK INC., aka THE BARTON FINANCIAL GROUP; JEFF B. BARTON, an individual, CAMERON W. BARTON, an individual; HAMILTON FINANCE, aka HAMILTON REALTY, an unknown business entity; BEE LAY TAY, aka BEE HAMILTON; WELLS FARGO HOME MORTGAGE, INC., a division of WELLS FARGO BANK, N.A.; E*TRADE MORTGAGE CORPORATION; BANK OF AMERICA, N.A. and DOES 1-50, inclusive,<br><br>Defendants | Case No. 5:11-CV-04000 HRL<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>[Re: Docket No. 29]<br><br>Date:            November 1, 2011<br>Time:           1:30 p.m.<br>Courtroom:  2<br>Judge:          Mag. Judge Howard Lloyd<br><br>Complaint Filed: August 15, 2011<br>Trial Date:       Not Assigned |

THE HERITAGE LAW GROUP
A PROFESSIONAL CORPORATION

## ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for November 1, 2011 be continued to **January 10, 2012, 1:30 p.m. All related deadlines are adjusted accordingly.**

Date: October 19, 2011

FEDERAL MAGISTRATE JUDGE
HOWARD R. LLOYD